UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK KENNEDY, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>SIMPSON STRONG-TIE, INC., and RYAN KAELIN, individually,<br><br>        Defendants. | Case No. 4:22-cv-05296-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF CERTAIN CLAIMS AND FOR TRANSFER TO THE NORTHERN DISTRICT OF ILLINOIS<br><br>Judge:   The Hon. Maxine M. Chesney<br>Date Action Filed:   Sept. 16, 2022 |

[Proposed] Order Granting Stip. Request for Dismissal of Certain Claims and for Transfer to N.D. Illinois

Page 1

# [PROPOSED] ORDER

The Court, having considered the parties' Stipulated Request to Dismiss Certain Claims and for Transfer to the Northern District of Illinois, hereby finds and orders as follows:

Plaintiff's claims under California law (Counts I-IV and IX-X) in the Complaint (ECF No. 1) are hereby dismissed with prejudice, with each party bearing their respective costs of same.

This matter shall be transferred to the Northern District of Illinois. Defendants have shown the majority of witnesses are located in, and the majority of relevant events occurred in, said district.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 14, 2022

Hon. Maxine M. Chesney
United States District Judge

[Proposed] Order Granting Stip. Request for Dismissal of Certain Claims and for Transfer to N.D. Illinois

Page 2